**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| HILDAWN DESIGN, LLC | ) | CASE NO. 5:25-CV-1259 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE AMANDA M. KNAPP |
| | ) | |
| SIMPLY EMBROIDERED, LLC dba | ) | **DEFENDANT'S RESPONSE TO** |
| ARDEN & GOLD | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **SUBSTITUTION OF COUNSEL AND** |
| Defendant. | ) | **MOTION TO EXTEND ALL DEADLINES** |
| | ) | |

Now comes Defendant, Simply Embroidered, LLC dba Arden & Gold, by and through its counsel, and hereby submits its response to Plaintiff's Motion for Substitution of Counsel and Motion to Extend All Deadlines. Plaintiff seeks this change in counsel due to due to a "breakdown in the attorney-client relationship". Defendant recognizes a party's right to counsel of its choice and has no objection to the requested substitution in principle. Defendant cannot agree to the substitution of counsel, however, without either a stay or an extension of the current deadlines.

As noted in Plaintiff's Motion, there are several imminent deadlines including a mediation conference currently scheduled for June 18, 2026 and related pre-mediation conference requirements. It is evident from Plaintiff's Motion that Plaintiff and its current counsel no longer agree as to litigation strategy and new counsel is not in a position to meet the pending deadline as new counsel as must undertake "substantial work to ensure competent representation". Moreover, it is clear that a mediation at this

time will not be productive. To require Defendant to prepare for and then appear at a mediation conference under these circumstances would be highly prejudicial.

Accordingly, Defendant requests that if this Court grants Plaintiff's Motion for Substitution of Counsel it either stay these proceedings or extend the current deadlines. Plaintiff has requested an extension of ninety (90) days; however, Defendant has concerns that due to previously scheduled vacations over the coming months ninety (90) days may not be sufficient and would respectfully request that this matter either be stayed for ninety (90) days or all deadlines be extended one hundred twenty (120) days.

Respectfully submitted,

*/s/ Kimberly A. Brennan*
**Kimberly A. Brennan, Esq. (0061625)**
**Dennis M. Pilawa, Esq. (0003035)**
Pilawa & Brennan Co., L.P.A.
5060 Taylor Drive, Suite A
Cleveland, Ohio 44128
T: (216) 579-1602
F: (216) 803-5413
kbrennan@pilawabrennan.com
dpilawa@pilawabrennan.com

*Co-Counsel for Defendant*

2

**CERTIFICATE OF SERVICE**

I certify that on the 8th day of June, 2026 I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

*/s/ Kimberly A. Brennan*
**Kimberly A. Brennan, Esq. (0061625)**
**Dennis M. Pilawa, Esq. (0003035)**

3