PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HILDAWN DESIGN LLC | ) | |
| | ) | CASE NO.  5:25-cv-1259 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| SEMBROIDEREDBOUTIQUE d/b/a | ) | |
| ARDEN & GOLD, | ) | **ORDER** |
| | ) | [Resolving ECF No. 34] |
| Defendant. | ) | |

Pending before the Court is Plaintiff's Motion for Substitution of Counsel and Motion to Extend All [Cutoffs].  ECF No. 34.  First, Plaintiff moves for substitution of counsel, citing a breakdown in the attorney-client relationship and communication and a disagreement between Plaintiff and counsel regarding litigation strategy.  Second, Plaintiff requests a 90-day enlargement of all cutoffs in this case to allow new counsel to prepare for mediation (currently scheduled for 6/23/2026 before Magistrate Judge Knapp) and dispositive motions (currently due 7/13/2026).  ECF No. 34.  Defendant responded, indicating that it does not consent to a substitution of counsel without an extension to the current schedule.  ECF No. 35

Plaintiff's motion for a 90-day enlargement of all cutoffs is denied.  Substitution of counsel is permitted with the current schedule or, in the alternative, denied.

IT IS SO ORDERED.

June 9, 2026  
Date

*/s/ Benita Y. Pearson*  
Benita Y. Pearson  
United States District Judge