## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **HILDAWN DESIGN LLC,** | |
| Plaintiff, | **CASE NO.: 5:25-cv-01259-BYP** |
| v. | **JUDGE BENITA Y. PEARSON** |
| **SEMBROIDEREDBOUTIQUE DBA ARDEN & GOLD,** | **MAGISTRATE  JUDGE  AMANDA M. KNAPP** |
| Defendant. | **Demand for Jury Trial** |

### NOTICE OF NONSUBSTITUTION OF COUNSEL

Now come Sophia E. Auten, Howard L. Wernow and James F. McCarthy III, of Sand, Sebolt & Wernow Co., LPA, Aegis Tower – Suite 1100, 4940 Munson Street NW, Canton, Ohio 44718, and hereby provide notice that the undersigned will not be substituting in as counsel for Plaintiff in this matter given the Court's denial of the Motion to Extend Deadlines and denial of the Motion for Substitution of Counsel if the current schedule is not maintained. The decision for undersigned to not substitute in as counsel for Plaintiff has been communicated with and approved by the Plaintiff and previous counsel. Accordingly, the undersigned will <u>not</u> be substituted as counsel for Plaintiff in this matter. Given the ruling of the court regarding the requested extension of time, the undersigned will not be entering an appearance as counsel for Plaintiff and Faith R. Dylewski of Law Office of Robert E. Soles, Jr. will remain as counsel of record for Plaintiff.

1

Dated: June 11, 2026

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Sophia E. Auten*
Sophia E. Auten (103037)
Howard L. Wernow (0089019)
James F. McCarthy, III (0002245)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173
Email: Sophia.Brown@sswip.com
Email: Howard.Wernow@sswip.com
Email: James.McCarthy@sswip.com

*Counsel for Plaintiff Hildawn Design LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 11, 2026 to all counsel of record who is deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Sophia E. Auten*
Sophia E. Auten
