**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| HILDAWN DESIGN, LLC | ) | CASE NO. 5:25-CV-1259 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | **NOTICE OF SERVICE OF** |
| | ) | **DEFENDANT'S RESPONSES TO** |
| SIMPLY EMBROIDERED, LLC dba | ) | **PLAINTIFF'S DISCOVERY** |
| ARDEN & GOLD | ) | |
| | ) | |
| Defendant. | | |

Now comes Defendant, Simply Embroidered, LLC dba Arden & Gold, by and through its counsel, Pilawa & Brennan Co., LPA, and hereby gives notice that its Responses to Plaintiff's First Request for Admissions were served upon counsel on the 8th day of June, 2026 and its Responses to Plaintiff's Second Requests for Production of Documents have been served upon counsel for the Plaintiff on the 15th of June, 2026.

Respectfully submitted,

*/s/ Kimberly A. Brennan*
**Kimberly A. Brennan, Esq. (0061625)**
**Dennis M. Pilawa, Esq. (0003035)**
Pilawa & Brennan Co., L.P.A.
5060 Taylor Drive, Suite A
Cleveland, Ohio 44128
T: (216) 579-1602
F: (216) 803-5413
kbrennan@pilawabrennan.com
dpilawa@pilawabrennan.com

*Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on the 15th of June, 2026 I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ Kimberly A. Brennan
**Kimberly A. Brennan, Esq. (0061625)**
**Dennis M. Pilawa, Esq. (0003035)**