**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| HILARY D. WERTIN, | CASE NO. 5:25-CV-001259 |
| Plaintiff, | |
| vs. | JUDGE BENITA Y. PEARSON |
| | MAGISTRATE JUDGE AMANDA M. KNAPP |
| SIMPLY EMBROIDERED LLC, | |
| Defendant. | **MINUTES OF PROCEEDING AND ORDER** |

**Plaintiff's Counsel:**

Faith R. Dylewski

**Defendant's Counsel:**

Kimberly A. Brennan

A mediation conference was conducted on June 18, 2026.  The above listed counsel participated. Also in attendance were Hilary Wertin and Jonas Wertin for Plaintiff and Kristina Czarnik and Vanessa Pena for Defendant.  Defendant's insurance representatives Ashley Zaborowski and Lisa Ann Niemann participated via video conference.  Settlement reached.  The parties shall file their stipulated dismissal entry with prejudice within 60 days.  Mediation referral terminated.

Total Time: 9 hours
June 22, 2026

*/s/ Amanda M. Knapp*
—————————————————
AMANDA M. KNAPP
United States Magistrate Judge

1