PEARSON, J.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| HILARY D. WERTIN d/b/a/ HILDAWN DESIGN LLC, ) | CASE NO.  5:25-CV-1259 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE BENITA Y. PEARSON |
| v. ) | |
| ) | |
| SIMPLY EMBROIDERED LLC d/b/a ARDEN & GOLD, ) | **ORDER OF DISMISSAL** |
| ) | |
| Defendant. ) | |

A Mediation Conference was conducted before Magistrate Judge Amanda M. Knapp on June 18, 2026, during which the parties were able to reach a settlement.  ECF No. 39. Accordingly, this action is dismissed without prejudice.

On or before August 24, 2026, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.  All remaining dates scheduled in the Case Management Plan (ECF No. 23), including the Telephonic Status Conference set for July 22, 2026, are canceled.

IT IS SO ORDERED.

July 20, 2026
_____
Date

*/s/ Benita Y. Pearson*
_____
Benita Y. Pearson
United States District Judge