**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| HILDAWN DESIGN, LLC<br><br>Plaintiff,<br><br>v.<br><br>SIMPLY EMBROIDERED, LLC dba ARDEN & GOLD<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 5:25-CV-1259<br><br>JUDGE BENITA Y. PEARSON<br><br>**STIPULATED DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that all claims raised by all parties in the above-captioned action are hereby dismissed with prejudice, with each party to bear their own court costs. The Court shall retain jurisdiction to enforce the settlement agreements between the parties, and the parties request that the Court issue an Order to that effect.

Respectfully submitted,

*/s/ Faith R. Dylewski*
**Robert E. Soles, Jr. (#0046707)**
**Faith R. Dylewski (#0074985)**
6545 Market Avenue, North
North Canton, Ohio 44721
Telephone: (330) 244-8000
Telefax: (330) 244-8002
E-mail: bsoles@soleslaw.com
E-mail: fdylewski@soleslaw.com

*Counsel for Plaintiff*

*/s/ Kimberly A. Brennan*
**Kimberly A. Brennan, Esq. (0061625)**
**Dennis M. Pilawa, Esq. (0003035)**
Pilawa & Brennan Co., L.P.A.
5060 Taylor Drive, Suite A
Cleveland, Ohio 44128
T: (216) 579-1602
F: (216) 803-5413
kbrennan@pilawabrennan.com
dpilawa@pilawabrennan.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on the 24th of August, 2026 I electronically filed the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

*/s/ Kimberly A. Brennan*
**Kimberly A. Brennan, Esq. (0061625)**
**Dennis M. Pilawa, Esq. (0003035)**